# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127983

IN RE FORFEITURE OF $180,975.00
_____

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

$180,975.00 IN U.S. CURRENCY,
       Defendant,

and

TAMIKA SHANTE SMITH,
       Claimant-Appellant,

and

TODD FITZGERALD FLETCHER,
       Claimant.

_____/

SC: 127983
COA: 249699
Van Buren CC: 02-500459-CF

On order of the Court, the application for leave to appeal the December 28, 2004 judgment of the Court of Appeals is considered. We direct the Van Buren County Prosecuting Attorney to answer the claimant's application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

11026